UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   21-08026-REINHART

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

DOUGLASS MACKEY,
        Defendant.
_____:

NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below.  Please send all notices and inquiries to this attorney at the address listed.

        Respectfully submitted,

        MICHAEL CARUSO
        Federal Public Defender

        *s/ Kristy Militello*
        Kristy Militello
        Assistant Federal Public Defender
        Attorney for the Defendant
        Florida Bar No. 0056366
        450 South Australian Avenue, Suite 500
        West Palm Beach, Florida 33401
        (561) 833-6288 - Telephone
        Kristy_Militello@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

             *s/ Kristy Militello*
             Kristy Militello