UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No:   21-MJ-08026-BER_____

United States of America
    Plaintiff,
  v.

Charging District's Case No.  21-M-82 (RER) (EDNY)

Douglass Mackey
_____/

## WAIVER OF RULE 5 & 5.1 REMOVAL/IDENTITY HEARINGS

I understand that I have been charged in another district, the **Eastern District of New York.**

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2) an identity hearing to determine whether I am the person named in the charges;
(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;
(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.;
(5) a hearing on any motion by the government for detention;
(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my rights to: **(check those that apply)**

   X   An identity hearing and production of the warrant.

   X   A preliminary hearing in this district. I request any preliminary hearing be held in the prosecuting district, at a time set by that court.

☐ A detention hearing in the Southern District of Florida.

☐ An identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled to in this district.  I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:  \_\_1/29/2021_____

\_s/ *Douglass Mackey*_____
Defendant's Signature

_____
Bruce Reinhart
UNITED STATES MAGISTRATE JUDGE